IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lindsey, Malisa A

Printed: 2/26/08

Case Number: 07 B 14105
Judge: Squires, John H
Filed: 8/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 208.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 208.00 |
| Totals: | 208.00 | 208.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | RoundUp Funding LLC | Unsecured | 445.89 | 0.00 |
| 2. | Commonwealth Edison | Unsecured | 598.23 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 289.19 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 2,404.56 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 122.58 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 614.56 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 574.55 | 0.00 |
| 8. | Illinois Dept Of Human Service | Unsecured | 4,926.00 | 0.00 |
| 9. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 10. | Car Town | Unsecured | | No Claim Filed |
| 11. | Global Teledata | Unsecured | | No Claim Filed |
| 12. | LVNV Funding | Unsecured | | No Claim Filed |
| 13. | SBC | Unsecured | | No Claim Filed |
| 14. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 15. | Sprint | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,975.56 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lindsey, Malisa A

Printed:  2/26/08

Case Number:  07 B 14105
Judge:  Squires, John H
Filed:  8/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

